Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0616

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:11-mj-00110-MJS |
| Plaintiff, | MOTION TO DISMISS; AND ORDER THEREON |
| v. | |
| MICHAEL MARQUEZ, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

. NATIONAL PARK SERVICE

Dated: April 16, 2012  /s/ Matthew McNease
Matthew McNease
Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated: April 18, 2012  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1